## LOUIS ROI
### v.
## LUTHER POMEROY AND HENRY CONNER

### Journal Entries

1. Special bail . . . . . . . . . . . *Journal, infra,* \*p. 309
2. Declaration filed . . . . . . . . . . . " 309
3. Plea; issue; continuance . . . . . . . . . " 321
4. Jurors; verdict; judgment . . . . . . . . . " 350

### Papers in File

1. Subpoena for Jacob Smith, David Henderson and
   Joseph Lapine . . . . . . . . . . . . . .

## WILLIAM ROBISON
### v.
## WILLIAM MACOMB

### 1810

### Journal Entries

1. Declaration filed; rule to bring body . . . *Journal, infra,* \*p. 309
2. Special bail . . . . . . . . . . . . " 318
3. Declaration filed; rule to plead; continuance . . . . " 321
4. Reference . . . . . . . . . . . . " 346

### Papers in File

1. Affidavit and order for bail . . . . . . . . *Printed in Vol. 2*
2. Capias and return . . . . . . . . . . "
3. Declaration . . . . . . . . . . . . . .
4. Subpoena for Henry J. Hunt, Dr. William McCoskry,
   Richard Smyth, and William Forsith . . . . . . . .